IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIANNE MALVEAUX,

    Plaintiff,

  v.

AMERICAN CANYON POLICE DEPARTMENT,

    Defendant.

No. C 13-00338 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL WITH LEAVE TO AMEND

    The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Dismissal with Leave to Amend.  The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that the complaint is dismissed with leave to amend.  Plaintiff must file a second amended complaint within seven days of this order.  The case management conference previously scheduled for Wednesday, May 29, 2013, is vacated.

Dated: 5/8/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef; DMR