IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIANNE MALVEAUX,　　　　　　　　　　　　No. C 13-0338 CW

　　　　Plaintiff,　　　　　　　　　　　　ORDER DISMISSING
　　　　　　　　　　　　　　　　　　　　　CASE WITH
　　v.　　　　　　　　　　　　　　　　　　PREJUDICE

AMERICAN CANYON POLICE
DEPARTMENT,

　　　　Defendant.
_____/

　　On May 8, 2013, the Court adopted Magistrate Judge Ryu's report and recommendations and dismissed Plaintiff's complaint for failure to state a claim. Plaintiff was granted leave to file an amended complaint by May 15, 2013 but failed to do so.

　　Accordingly, this case is dismissed with prejudice for failure to prosecute.

　　IT IS SO ORDERED.

Dated: 6/25/2013

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge