IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIANNE MALVEAUX,

    Plaintiff,

v.

AMERICAN CANYON POLICE DEPARTMENT,

    Defendant.
_____/

No. C 13-0338 CW

ORDER DISMISSING CASE WITH PREJUDICE

On May 8, 2013, the Court adopted Magistrate Judge Ryu's report and recommendations and dismissed Plaintiff's complaint for failure to state a claim.  Plaintiff was granted leave to file an amended complaint by May 15, 2013 but failed to do so.

Accordingly, this case is dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 6/25/2013

CLAUDIA WILKEN
United States District Judge